IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| DONALD STACY, | No. CV 07-263-MO |
| Plaintiff, | JUDGMENT |
| v. | |
| COMMISSIONER SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

**MOSMAN, J.,**

    Based on the record,

    IT IS ORDERED AND ADJUDGED that the Commissioner's decision is REVERSED and REMANDED for further proceedings at step five of the disability analysis.

    DATED this  18th  day of April, 2008.

                                                         /s/ Michael W. Mosman
                                                        MICHAEL W. MOSMAN
                                                        United States District Judge

PAGE 1 - JUDGMENT